BETH W. MORA, State Bar No. 208859
ELENA N. Liveris, State Bar No. 262973
COOPER & MORA, PC
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Tel: (925) 820-8949
Fax: (925) 820-0278

Counsel for Plaintiff:
LIZA RUSHING

JACQUELINE DESOUZA, State Bar No. 133686
DESOUZA LAW OFFICES, a professional corporation
1615 Hopkins Street
Berkeley, CA 94707
Tel/Fax: (510) 649-3420

STEVEN HAMANN (appearing pro hac vice)
SCOT HINSHAW (appearing pro hac vice)
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

Counsel for Defendant(s):
STERICYCLE, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA RUSHING,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STERICYCLE, INC., a Delaware Corporation, and Does 1-50,<br><br>　　　　　Defendants.<br>_____/ | Case No. CV 12-04692 CRB<br><br>**STIPULATION OF THE PARTIES CONTINUING THE INITIAL CASE MANAGEMENT CONFERNCE TO JANUARY 18, 2013, at 8:30 a.m.; and, [PROPOSED] ORDER** |

The Parties by and through their attorneys of record stipulate as follows:

(1) Due to a scheduling conflict that arose the week of January 2nd, counsel for Defendant Stericycle, Inc is unable to attend the Initial Case Management Conference presently scheduled

1

**STIPULATION OF THE PARTIES CONTINUING THE INITIAL CASE MANAGEMENT CONFERNCE TO JANUARY 18, 2013, at 8:30 a.m.;**
**[PROPOSED] ORDER**

for January 11, 2013. The Parties have conferred and stipulate to continue the Initial Case Management Conference to January 18, 2013, at 8:30 a.m.  The Parties cleared this date with the Court prior to submitting this Stipulation.

(2) The Parties have conferred, completed and filed their Joint Case Management Conference Statement in compliance with the Court's Order Setting Case Management Conference.

(3) This brief continuance is necessary to comply with Federal Rules of Civil Procedure, rule 26(f) and Civil Local Rule 16-10(a) and is not being made for any improper purpose such as to cause delay in the proceedings or to gain a tactical advantage.

Dated: January 3, 2013          COOPER & MORA, PC

By: __/s/ Beth W. Mora_____
Beth W. Mora
Counsel for Plaintiff, LIZA RUSHING

Dated: January 3, 2013          VEDDER PRICE, PC

By: __/s/ Steven Hamann_____
Steven Hamann
Counsel for Defendant STERICYCLE, INC.

Dated: January 3, 2013          DESOUZA LAW OFFICES
a professional corporation

By: __/s/ Jacqueline deSouza_____
Jacqueline deSouza
Counsel for Defendant STERICYCLE, INC.

[PROPOSED] ORDER

Good cause appearing, the Court ORDERS as follows:

The Initial Case Management Conference in the matter *Liza Rushing v. Stericycle, Inc.*, case no.: CV 12-04692 CRB is continued from January 11, 2013, to January 18, 2013, at 8:30 a.m. in Courtroom 6, 17th Floor 450 Golden Gate Avenue, San Francisco, CA.

IT IS SO ORDERED.

Dated: January __4, 2013

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signature, Judge Charles R. Breyer]*

3

**STIPULATION OF THE PARTIES CONTINUING THE INITIAL CASE MANAGEMENT CONFERNCE TO JANUARY 18, 2013, at 8:30 a.m.; [PROPOSED] ORDER**