BETH W. MORA, State Bar No. 208859
ELENA N. Liveris, State Bar No. 262973
COOPER & MORA, PC
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Tel: (925) 820-8949
Fax: (925) 820-0278

Counsel for Plaintiff:
LIZA RUSHING

JACQUELINE DESOUZA, State Bar No. 133686
DESOUZA LAW OFFICES, a professional corporation
1615 Hopkins Street
Berkeley, CA 94707
Tel/Fax:  (510) 649-3420

STEVEN HAMANN (appearing pro hac vice)
SCOT HINSHAW (appearing pro hac vice)
VEDDER PRICE P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
Telephone:  (312) 609-7500
Facsimile:   (312) 609-5005

Counsel for Defendant(s):
STERICYCLE, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA RUSHING, | Case No. CV 12-04692 CRB |
| Plaintiff, | |
| vs. | **STIPULATION OF THE PARTIES FOR REMOVAL FROM COURT'S ADR PROGRAM AND REFERRAL TO PRIVATE MEDIATION; and [~~PROPOSED~~] ORDER** |
| STERICYCLE, INC., a Delaware Corporation, and Does 1-50, | |
| Defendants. | |

The parties to the above-entitled action, Plaintiff Liza Rushing ("Rushing" and/or "Plaintiff") and Defendant Stericycle, Inc. ("Stericycle" and/or "Defendant"), by and through their undersigned

counsel, jointly submit this Stipulation for Removal from the Court's ADR Program and Referral to Private Mediation.

(1) The parties and their attorneys have agreed to engage in private mediation and have selected a private mediator, Cynthia Remmers of Remmers Global; and agreed upon May 13, 2013 for mediation.

(2) The parties have scheduled private mediation with Ms. Remmers for May 13, 2013.

(3) Thus, the parties respectfully request that this Court remove the parties from its ADR program in lieu of the schedule private mediation.

Dated: April 15, 2013         COOPER & MORA, PC

                              By: __/s/ Beth W. Mora_w/permission_____
                              Beth W. Mora
                              Counsel for Plaintiff, LIZA RUSHING

Dated: April 15, 2013         VEDDER PRICE, PC

                              By: __/s/ Scot A. Hinshaw_____
                              Scot A. Hinshaw
                              Counsel for Defendant STERICYCLE, INC.

Dated: April 15, 2013         DESOUZA LAW OFFICES
                              a professional corporation

                              By: __/s/ Jacqueline deSouza_w/ permission___
                              Jacqueline deSouza
                              Counsel for Defendant STERICYCLE, INC.

1 [PROPOSED] ORDER

2

3 PURSUANT TO THE STIPULATION, IT IS ORDERED

4

5 DATED: April 16, 2013

6 The Honorable Maria-Elena James

7 United States Magistrate Judge

8

9 IT IS SO ORDERED.

Dated: April 16, 2013