BETH W. MORA, State Bar No. 208859
COOPER & MORA, A Professional Corporation
18 Crow Canyon Court, Suite 145
San Ramon, CA 94583
Telephone:   925.820.8949
Facsimile:    925.8250.0278
E-mail:  bmora@cooperlawoffice.com

Attorney for Plaintiff
LIZA RUSHING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA RUSHING,<br><br>         Plaintiff,<br><br>    v.<br><br>STERICYCLE, INC.,<br><br>         Defendants. | Case No. C:12-04692 MEJ<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER |

Pursuant to the terms of the Parties' Settlement Agreement and Release and pursuant to Rule 41(a)(1) and (a)(2) of the Federal Rules of Civil Procedure, the parties hereby stipulate that the above-captioned action by Plaintiff Liza Rushing against Defendant Stericycle, Inc., shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

Dated: August 28, 2013                    COOPER & MORA, APC


By____/s/ Beth W. Mora_____
    BETH W. MORA
    Attorneys for Plaintiff
    Liza Rushing


Dated: AUGUST 28, 2013                    VEDDER PRICE


_____/s/_____
SCOT HINSHAW
Attorney for Defendant
Stericycle, Inc.

## ORDER

It is hereby ordered and adjudged that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 29, 2013
_____
                            *Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Beth Mora, hereby declare as follows:

I am the attorney for Plaintiff Liza Rushing in this action and am duly licensed to practice law in the State of California and in the U.S. District Court for the Northern District of California.

I hereby attest that concurrence from Scot Hinshaw has been obtained in the filing of this Stipulation of Dismissal with Prejudice and [Proposed] Order.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and, if called as a witness, I could testify competently thereto.

Executed at San Ramon, California, this 28th day of August 2013.

/s/
BETH W. MORA